OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

3/23/2015

02 1R
0006557458
$ 00.26⁵
MAR 31 2015
MAILED FROM ZIP CODE 78701

RODRIGUEZ, JUAN DAMAS  Tr. Ct. No. 10-03-15982-A  WR-81,751-01

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk



*discharged*

JUAN DAMAS RODRIGUEZ
- TDC # 1704415